IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO PEREZ,

    Petitioner,                    No. CIV S-05-2259 FCD GGH P

    vs.

MR. S. KERNAN, et al.,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 30, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has not filed objections to the findings and recommendations.[1]

---

[1] On January 30, 2006, the magistrate judge construed this action as a civil rights action and ordered petitioner to file a complaint within thirty days.  Thirty days passed and petitioner did not file a complaint.  Accordingly, on March 30, 2006, the magistrate recommended that this action be dismissed.  On April 3, 2006, petitioner filed another habeas corpus petition.  The court does not construe this document as objections.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:

4  1. The findings and recommendations filed March 30, 2006, are adopted in full; and

6  2. This action is dismissed without prejudice.

7  DATED: June 13, 2006

        /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL JR.
        United States District Judge