IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO PEREZ,

    Plaintiff,                       No. CIV S-05-2259 FCD GGH P

    vs.

MR. S. KERNAN, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On June 30, 2006, plaintiff filed a notice.  This civil rights action was closed on June 13, 2006.  Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED:  8/2/06

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb
pere2259.58ggh